```
EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Chief, Tax Division
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorney

   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-6607
   Facsimile: (213) 894-0115
   Email: Robert.Conte@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| BENJAMIN PEREZ,<br><br>    Petitioner,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. SA MC 16-025 JLS – JCG<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DENY AND DISMISS PETITIONER'S PETITION TO QUASH IRS SUMMONS<br><br><u>Hearing Held</u>: February 9, 2017, at 10:30a.m.<br><u>Place</u>: Courtroom 6A, United States Courthouse, Santa Ana, California |

ORDER

This case came on calendar on the government's motion to dismiss on February 9, 2017.  The Court called the case at approximately 10:30, giving petition additional time to appear. There was no appearance by petitioner and no opposition filed to the government's motion.  Counsel for the government represented that the government also had not heard from petitioner.

1

Therefore, for the reasons stated on the record and the arguments and evidence set forth in the government's motion, the motion is GRANTED.

IT IS SO ORDERED.

Date: February 14, 2017

_____
HONORABLE JAY C. GANDI
United States Magistrate Judge